FILED: August 21, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 12-5 (L)
(1:11-cv-00630-AJT-TCB)

_____

RICKY JOVAN GRAY

    Petitioner - Appellant

v.

EDDIE L. PEARSON, Warden, Sussex I State Prison

    Respondent - Appellee

_____

O R D E R
_____

The court consolidates Case No. 12-5 and Case No. 14-3. Entry of appearance forms and disclosure statements filed by counsel and parties to the lead case are deemed filed in the secondary case.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk